Commonwealth of Pennsylvania, Department of Transportation, Bureau of Traffic Safety, Appellant *v.* Edward C. Byers, Jr., Appellee.

Argued April 9, 1981, before President Judge CRUMLISH and Judges ROGERS and BLATT, sitting as a panel of three.

*Harold H. Cramer,* Assistant Attorney General, with him *Ward T. Williams,* Chief Counsel, Transportation, and *Harvey Bartle, III,* Acting Attorney General, for appellant.

No appearance for appellee.

Opinion by President Judge Crumlish, June 2, 1981:

The Westmoreland County Common Pleas Court sustained the appeal of Edward Byers whose operating privileges were revoked by the Bureau of Traffic Safety for five years. We reverse.

On June 26, 1979, Byers was convicted of violating four sections of the Vehicle Code.[1] The violations all occurred on the same day and were apparently the result of one incident. Upon review of a certification of conviction from the Common Pleas Court, the Department suspended Byers' operating privileges[2] and revoked his operating privileges for five years. Byers did not appeal the six-month suspensions, but did successfully appeal the revocation of operating privileges based on a finding that he was an habitual offender.

The court below did not have the enlightenment of *Weaver v. Department of Transportation, Bureau of Traffic Safety,* 52 Pa. Commonwealth Ct. 625, 416 A.2d 628 (1980), and *Brewster v. Department of Transportation, Bureau of Traffic Safety,* 52 Pa.

---

[1] 75 Pa. C. S. §3304—Overtaking vehicle on the right,

75 Pa. C. S. §3733—Fleeing or attempting to elude a police officer,

75 Pa. C. S. §3734—Driving without light to avoid identification or arrest,

75 Pa. C. S. §3743—Accident involving damage to attended vehicle or property.

[2] Pursuant to Section 1532(b)(1) of the Motor Vehicle Code, 75 Pa. C. S. §1532(b)(1).

Commonwealth Ct. 112, 415 A.2d 922 (1980). There we ruled that offenders who during one incident commit three offenses, qualifying under Section 1542 of the Code are indeed habitual offenders.

*Weaver* and *Brewster* are controlling in this case. Accordingly, the order of the court below is reversed.

## ORDER

The order of the Court of Common Pleas of Westmoreland County, No. 11035 of 1979 dated March 21, 1980, is reversed.